FILED
CHARLOTTE, NC

MAR 15 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **DOCKET NO. 5:22-cr-15-KDB** |
| ) | |
| ) | **BILL OF INDICTMENT** |
| **v.** ) | |
| ) | Violation: 18 U.S.C. § 922(g) |
| ) | |
| **JAMES CULLY LINEBERGER** ) | |
| ) | |

### THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Prohibited Person)*

On or about February 14, 2022, in Catawba County, within the Western District of North Carolina, the defendant,

### JAMES CULLY LINEBERGER,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Mossberg model MC1SC 9mm pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d): all firearms and ammunition involved in, used, or intended to be used in the violations alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property subject to forfeiture on the grounds stated above:

(a) One Mossberg model MC1SC 9mm pistol, magazine, and ammunition seized on or about February 14, 2022.

A TRUE BILL

DENA J. KING
UNITED STATES ATTORNEY

_William M W_
WILLIAM M. WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY