James Limbyer
133070
425 Martin Luther King JR Way
Gastonia, NC. 28052

(Legal)
(Mail)

CHARLOTTE NC 280
12 MAY 2022 PM 6 L

MAILED FROM
GASTON COUNTY JAIL

(Legal)
(Mail)

Clerks Office
United States District Court
Room 210 Charles R. Jonas Federal Building
401 W. Trade St.
Charlotte NC. 28202

Legal
MAil