James Cully Lineberger
133078
425 Martin Luther King JR Way
Gastonia, N.C. 28052

**RECEIVED**
Charlotte, NC

JUN 02 2022

Clerk, US District Court
Western District NC

MAILED FROM
GASTON COUNTY JAIL

Judges Chambers
Clerks Office, United States District Court
Room 210 Charles R. Jones Federal Building
401 W. Trade Street
Charlotte N.C. 28202



CHARLOTTE NC 280
31 MAY 2022 PM 3 L

Case 5:22-cr-00015-KDB-DCK   Document 20-1   Filed 06/02/22   Page 1 of 1