IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JAMES CULLY LINEBERGER,<br><br>      Defendant. | DOCKET NO. 5:22 CR 15 |

**MOTION TO CONTINUE TRIAL DATE**

James Cully Lineberger, by and through his counsel of record, Assistant Federal Public Defender Peter Adolf, respectfully requests that this Court continue the trial date presently scheduled for June 21, 2022 at 9:30 AM. As grounds therefor, it is averred:

1. Mr. Lineberger was arraigned on March 23, 2022, and the case continued shortly thereafter to the present calendar date on motion of the defense pursuant to 18 U.S.C. § 3161(c)(2).

2. The defense received additional discovery productions in early May and again last week, including video evidence, that must be reviewed with Mr. Lineberger before a disposition of the case short of trial can be discussed.

3. Accordingly, "the ends of justice served by [granting a continuance] outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7).

4. The United States does not oppose this motion.

**WHEREFORE,** James Cully Lineberger requests a continuance of his trial date.

Respectfully submitted:

  s/ Peter Adolf
Peter Adolf
Assistant Federal Public Defender
North Carolina Bar No. 37157
Attorney for James Cully Lineberger
Federal Public Defender, Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720 (phone)
(704) 375-2287 (fax)
Peter_Adolf@fd.org

DATE: June 6, 2022