IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:22-CR-00015

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **NOTICE OF INTENT TO** |
| v. | ) | **RETURN STOLEN FIREARM** |
| | ) | |
| JAMES CULLY LINEBERGER | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby gives notice that the Mossberg firearm named in the Bill of Indictment [Doc. 1] and subject to forfeiture herein was stolen from a third party and will be returned by the investigative agency at the conclusion of this case. Accordingly, there is no need for any further order of forfeiture regarding this asset.

Respectfully submitted this 7th day of July, 2022.

DENA J. KING
UNITED STATES ATTORNEY

**s/ Jonathan D. Letzring**
Assistant United States Attorney
Georgia Bar No. 141651
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Telephone No. (828) 271-4661
Jonathan.Letzring@usdoj.gov

1